IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MATTHEWS and VICKI MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> MR. DIRT, INC., SCOTT MIDDENDORF, individually, CHRIS ROOF, individually, and JAMES SMITH, individually, <br><br> Defendants. | No.: 4:17-CV-01946 <br><br> (Judge Brann) |

## **ORDER**

**AND NOW**, this 16th day of October 2018, in light of Mediator Allen P. Neely's report to the Court indicating that the matter has settled, ECF No. 23, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge